ALLACCESS LAW GROUP
Irene Karbelashvili, SBN 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, SBN 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:   (408) 295-0137
Facsimile:    (408) 295-0142

Attorneys for Plaintiff Austin Goodwin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN GOODWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANTERS, LLC,<br><br>    Defendant. | Case No. 22-cv-04229-TSH<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the parties to this action have reached a settlement in principle. The parties are in the process of finalizing the settlement documents and anticipate that a stipulated dismissal will be filed with the Court within forty-five (45) days of this notice.

Dated: November 21, 2022

/s/ Irakli Karbelashvili
Irakli Karbelashvili, Attorney for
Plaintiff Austin Goodwin