ALLACCESS LAW GROUP
Irene Karbelashvili, SBN 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, SBN 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:    (408) 295-0137
Facsimile:    (408) 295-0142

Attorneys for Plaintiff Austin Goodwin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN GOODWIN,<br><br>    Plaintiff,<br><br>v.<br><br>GRANTERS, LLC,<br><br>    Defendant. | Case No. 22-cv-04229-TSH<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

   Plaintiff AUSTIN GOODWIN ("Plaintiff") Defendant GRANTERS, LLC ("Defendant") stipulate, through their undersigned counsel, that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each side bearing their own attorney fees, costs, and litigation expenses.

Dated:  January 26, 2023            AllAccess Law Group


                                    _____/s/_____
                                    By: Irakli Karbelashvili
                                    Attorneys for Plaintiff

Dated:  January 29, 2023			de la Peña & Holiday LLP

					_____/s/_____
					By: David Rodríguez
					Attorneys for Defendant

I, Irakli Karbelashvili, attest that I received concurrence of the signatories in the filing of this document.

					/s/_____
					Irakli Karbelashvili